AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Johnny Creech, as Personal Representative of the Estate of Wendy Creech, <br> *Plaintiff* <br> v. <br> SC Healthcare Investments, LLC d/b/a Southern Palmetto Hospital, and Pamela Grim, MD, <br> *Defendants* | ) ) ) ) ) ) ) Civil Action No.   1:18-cv-02392-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Johnny Creech, as Personal Representative of the Estate of Wendy Creech, recover from the defendants, SC Healthcare Investments, LLC d/b/a Southern Palmetto Hospital and Pamela Grim, MD, jointly and severally, the amount of Seven Hundred Fifty Thousand and 00/100 dollars ($750,000.00), plus postjudgment interest at the rate of .12%.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding.  The Court having heard and granted the plaintiff's motion for default judgment.

Date:   October 6, 2020                                                                ROBIN L. BLUME, CLERK OF COURT

                                                                                                    s/Charles L. Bruorton
                                                                                                    *Signature of Clerk or Deputy Clerk*